**STATE of Missouri, Respondent,**

v.

**Demetrius BATTLE, Appellant.**

**No. ED 79868.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 9, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 22, 2002.

Application for Transfer Denied
Sept. 24, 2002.

James C. Ochs, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., ROBERT G. DOWD, JR., J.

**ORDER**

PER CURIAM.

Defendant, Demetrius Battle, appeals from the judgment entered after a jury found him guilty of murder in the second degree and armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).